Fabian Guerrero, Law Office of Fabian Guerrero, Weslaco, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Baldomero Vega pled guilty of conspiracy to possess with intent to distribute more than 50 kilograms of marijuana, and he was sentenced at the bottom of the Guidelines range to a 135–month term of imprisonment and to a 6–year period of supervised release. In this appeal, Vega contends the district court erred in failing to reduce his offense level by two levels for acceptance of responsibility.

Because error was not adequately preserved, our review is for plain error. *See United States v. Claiborne*, 676 F.3d 434, 438 (5th Cir.2012). "Whether a defendant has sufficiently demonstrated an acceptance of responsibility is a question of fact." *United States v. Medina–Anicacio*, 325 F.3d 638, 647 (5th Cir.2003). "[Q]uestions of fact capable of resolution by the district court upon proper objection at sentencing can never constitute plain error." *Claiborne*, 676 F.3d at 438. Even if the argument is not reviewed for plain error, Vega cannot show that the district court's refusal to award the adjustment was without foundation because Vega contested the drug quantity attributable to him as relevant conduct. *See* U.S.S.G. § 3E1.1 cmt. n. 1(A); *United States v. Juarez–Duarte*,

513 F.3d 204, 211 (5th Cir.2008); *see also United States v. Betancourt*, 422 F.3d 240, 246–47 (5th Cir.2005); *United States v. Carreon*, 11 F.3d 1225, 1230 (5th Cir.1994). The judgment is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Johnny HARRIS, Jr., Defendant–Appellant.**

**No. 12–60712**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 16, 2013.

James Clayton Joyner, Esq., U.S. Attorney's Office, Oxford, MS, for Plaintiff–Appellee.

Johnny Harris, Jr., Yazoo City, MS, pro se.

Gregory Scott Park, Assistant Federal Public Defender, Federal Public Defender's Office, Oxford, MS, for Defendant–Appellant.

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

---

392

PER CURIAM: *

The Federal Public Defender appointed to represent Johnny Harris, Jr., federal prisoner # 11798–042, in proceedings for revocation of supervised release has moved for leave to withdraw as counsel on appeal. Counsel notes that Harris alleged in the district court that he was denied effective assistance of counsel in those proceedings. Harris has not filed a response to counsel's motion.

During the pendency of this appeal, Harris completed his sentence of imprisonment, and he has no further term of imprisonment or supervised release to serve. The appeal is, therefore, moot. *See Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Bailey v. Southerland,* 821 F.2d 277, 278 (5th Cir.1987). Accordingly, the appeal is DISMISSED as moot, and counsel's motion to withdraw is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

